UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROBERT HODGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN RUETER, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-1956-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On February 24, 2020, plaintiff informed the court that he is seeking information to assist him with the filing of his amended complaint pursuant to the court's February 10, 2020 order. ECF No. 15. That filing is construed as a request for an extension of time and, so construed, is granted.

Accordingly, plaintiff's request (ECF No. 15) is granted and plaintiff has 30 days from the date this order is served to file his amended complaint.

So ordered.

Dated: March 20, 2020.

　　　　　　　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE