UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON ROBERT HODGE,

    Plaintiff,

    v.

KEVIN RUETER, et al.,

    Defendants.

No. 2:19-cv-1956-EFB P

ORDER

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. In response to the court's July 23, 2020 order (ECF No. 24), plaintiff has requested an order requiring that the U.S. Marshal serve a subpoena duces tecum for the purpose of identifying the unnamed members of CDCR's Statewide Medical Authorization Review Team, who plaintiff intends to name as defendants (ECF No. 26). The court observes that the address provided by plaintiff on the subpoena is for a P.O. Box. To assist the U.S. Marshal in effecting service of the subpoena, the court will supply a physical address and direct that the subpoena be served on the Litigation Coordinator at California State Prison, Sacramento, 100 Prison Road, Represa, CA 95671, where plaintiff is presently confined. With this amendment, and as set forth below, the U.S. Marshal will be directed to serve the subpoena duces tecum.

/////

/////

Accordingly, IT IS HEREBY ORDERED:

1. The subpoena duces tecum submitted by plaintiff on August 3, 2020, is amended in that it shall be directed to the Litigation Coordinator at California State Prison, Sacramento, 100 Prison Road, Represa, CA 95671.

2. The Clerk of the Court shall serve a copy of this order and plaintiff's subpoena (ECF No. 26) on the U.S. Marshal.

3. Within fourteen days from the date of this order, the U.S. Marshal shall personally serve the subpoena duces tecum and a copy of this order upon the Litigation Coordinator at California State Prison, Sacramento, 100 Prison Road, Represa, CA 95671.

4. Within ten days after personal service of the subpoena duces tecum, the U.S. Marshal shall file the return of service for the nonparties with the court.

DATED: August 27, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE