IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON ROBERT HODGE,** | Case No. 2:19-CV-01956-JDP |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **KEVIN RUETER, et al.,** | |
| Defendants. | |

This matter having come before the Court on Defendants' request for an extension of time to respond to Plaintiff's First Amended Complaint (FAC) and good cause appearing, the request is GRANTED.

Defendants shall respond to Plaintiff's FAC on or before July 8, 2021.

IT IS SO ORDERED.

Dated: May 14, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE