UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROBERT HODGE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAYLOR, *et al.*,<br><br>　　　　　Defendants. | No. 2:19-cv-01956-DAD-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 118 |

Plaintiff moves for an extension of time to file a motion for summary judgment. ECF No. 118. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 118, is granted.

2. Plaintiff is granted thirty days from the date of this order to file a motion for summary judgment.

IT IS SO ORDERED.

Dated: 　November 27, 2023　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE