UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROBERT HODGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TAYLOR, *et al.*,<br><br>　　　　Defendants. | No. 2:19-cv-01956-DAD-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 121 |

Plaintiff has filed his second motion for an extension of time to file a motion for summary judgment.[1]  ECF No. 121.  Good cause appearing, it is hereby ORDERED that:

  1. Plaintiff's motion for an extension of time, ECF No. 121, is granted.

  2. Plaintiff is granted sixty days from the date of this order to file a motion for summary judgment.

IT IS SO ORDERED.

Dated:  December 11, 2023　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON

---

[1] Defendants filed their motion for summary judgment on November 17, 2023.  ECF No. 119.  Plaintiff's opposition or statement of non-opposition was due December 11, 2023.  Should plaintiff need additional time to file an opposition or statement of non-opposition, he should file a motion requesting such forthright.  Otherwise, he must directly file his response.

1 UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28