UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROBERT HODGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TAYLOR, *et al.*,<br><br>　　　　Defendants. | Case No.  2:19-cv-01956-DAD-JDP (PC)<br><br>**ORDER TO SHOW CAUSE**<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

　　　　On November 17, 2023, defendants filed a motion for summary judgment. ECF No. 114. That same day, plaintiff filed a motion seeking additional time to submit his motion for summary judgment. ECF No. 118. On November 27, 2023, I granted plaintiff thirty days to file his motion for summary judgment. ECF No. 120. Approximately two weeks later, plaintiff filed a second motion, this time seeking sixty days to file his motion for summary judgment. ECF 121. I granted his motion but reminded plaintiff that his opposition or statement of non-opposition to defendants' motion for summary judgment was due December 11, 2023. ECF No. 122. To date, plaintiff has neither filed a response to defendants' motion nor filed a motion for summary judgment.

　　　　To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S.*

1

*Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

     I will give plaintiff a chance to explain why the court should not dismiss the case for his failure to file an opposition or statement of non-opposition to defendants' motion. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed. Accordingly, plaintiff is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to comply with court orders. Should plaintiff wish to continue with this lawsuit, he shall file, within twenty-one days, an opposition or statement of non-opposition to defendants' motion.

IT IS SO ORDERED.

Dated:   February 23, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE