UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROBERT HODGE,<br><br>        Plaintiff,<br><br>   v.<br><br>TAYLOR, *et al.*,<br><br>        Defendants. | Case No. 2:19-cv-01956-DAD-JDP (PC)<br><br>**ORDER**<br><br>GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 124 |

    Plaintiff has filed a third motion seeking an extension of time in relation to dispositive motions in this case.[1] ECF No. 124. Good cause appearing, it is hereby ORDERED that:

    1. Plaintiff's motion for an extension of time, ECF No. 124, is granted in part.

    2. Plaintiff is granted thirty days from the date of this order to file a motion for summary judgment.

    3. Absent extraordinary circumstances, no further extensions will be granted.

    4. Failure to comply with this order will result in a recommendation that this matter be

---

[1] Defendants filed their motion for summary judgment on November 17, 2023. ECF No. 114. Since then, plaintiff has sought two extensions to file his own motion for summary judgment. ECF Nos. 118 & 121. In my December 12, 2023 order granting his previous motion for an extension, I directed plaintiff to file either an opposition or a statement of non-opposition to defendants' motion for summary judgment forthright. After plaintiff failed to comply with that order, I directed plaintiff to show cause on February 23, 2024, why this case should not be dismissed for his failure to comply with court orders. ECF No. 123.

1  dismissed for failure to comply with court orders and failure to prosecute.

3  IT IS SO ORDERED.

5  Dated:   March 12, 2024

                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE