UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROBERT HODGE,<br><br>    Plaintiff,<br><br>    v.<br><br>TAYLOR, *et al.*,<br><br>    Defendants. | Case No. 2:19-cv-01956-DAD-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS<br><br>ECF No. 131<br><br>OBJECTIONS DUE WITHIN THIRTY DAYS |

Plaintiff has filed a motion for an extension of time to file objections to the June 6, 2024 findings and recommendations. ECF No. 131

Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 131, is granted in part.

2. Plaintiff is granted thirty days to file objections to the June 6, 2024 findings and recommendations.

IT IS SO ORDERED.

Dated:   June 24, 2024                           _____
                                                 JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE