UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROBERT HODGE,<br><br>  Plaintiff,<br><br>  v.<br><br>TAYLOR, *et al.*,<br><br>  Defendants. | Case No. 2:19-cv-01956-DAD-JDP (PC)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S MOTIONS FOR ORDER TO OBTAIN VIDEO INTERVIEW AND TO STRIKE AND STAY<br><br>ECF Nos. 133 & 134 |

Plaintiff brought this case against defendants Leslie Taylor, Bearnard Stepke, Philip Tafoya, Jasdeep Bal, Felix Lgbinaso, Meet Boparai, Elizabeth Dos Santos-Chen, Michael Arca, Emmanuel Conanan, Mellonie Yang, Roscoe Barrow, and Terri Taylor, and alleged that all violated his Eighth Amendment right to adequate medical care by refusing to authorize surgery for his injured shoulder. On June 6, 2024, I recommended that summary judgment be entered in defendants' favor. ECF No. 130. Plaintiff moved for an extension of time to file objections, ECF No. 131, which I granted in part, ECF No. 132. Plaintiff then filed two motions, one seeking to obtain a video interview with a non-party, Dr. Cross, ECF No. 133, and a second seeking to strike a declaration that defendants relied upon in their motion for summary judgment and for a stay,

ECF No. 134. Defendants have opposed both motions and, for the reasons stated below, both will be denied.

As for plaintiff's first motion seeking to obtain a video statement from Dr. Cross, defendants correctly argue that this is an untimely request for additional discovery. Plaintiff contends that Dr. Cross, a non-party who treated his shoulder, refuses to offer a statement or otherwise to speak with him. ECF No. 133 at 2. He asks that the court provide him with the address for this non-party. *Id.* Discovery closed in August 2023, ECF No. 110, and I have already recommended that summary judgment be entered in defendants' favor, ECF No. 130. Plaintiff has failed to show that his extraordinary request that discovery be reopened at this point in the case is warranted. Accordingly, his request is denied. This issue may be revisited if my recommendations as to the grant of summary judgment are not adopted.

Plaintiff's second motion will also be denied. He argues that the declaration of Dr. Younger, offered in support of defendants' motion for summary judgment, should be struck because this physician was not heavily involved in his treatment and his medical conclusions are incorrect. ECF No. 134 at 1. These are not sufficient reasons to strike the declaration, and this motion is untimely. As defendants point out, any objections to the evidence submitted with their motion for summary judgment should have been included with plaintiff's opposition. *See* Federal Rules of Civil Procedure 56(c). Plaintiff also contends that "this matter should be put on hold" until after an upcoming surgery. ECF No. 134 at 1. I have already granted him additional time to file his objections, and plaintiff has not explained what additional time, if any, he needs. His request for a stay is inadequately supported and is denied.

Accordingly, it is ORDERED that plaintiff's motion to obtain video interview, ECF No. 133, and to strike and to stay, ECF No. 134, are DENIED.

IT IS SO ORDERED.

Dated:  August 14, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2