1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 JASON ROBERT HODGE, | No.  2:19-cv-01956-DAD-JDP (PC) |
| 12     Plaintiff, | |
| 13     v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| 14 LESLIE TAYLOR, et al., | |
| 15     Defendants. | (Doc. Nos. 114, 130) |
| 16 | |

17        Plaintiff Jason Robert Hodge is a state prisoner proceeding *pro se* and *in forma pauperis*

18 in this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States

19 Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On June 6, 2024, the assigned magistrate judge issued findings and recommendations

21 recommending that defendants' motion for summary judgment (Doc. No. 114) be granted.  (Doc.

22 No. 130.)  The pending findings and recommendations were served on the parties and contained

23 notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at

24 6.)  No objections have been filed, and the time in which to do so has now passed.

25        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the

26 court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

27 court concludes that the findings and recommendations are supported by the record and proper

28 analysis.

1

Accordingly:

1.    The findings and recommendations issued on June 6, 2024 (Doc. No. 130) are adopted in full;

2.    Defendants' motion for summary judgment (Doc. No. 114) is granted;

3.    Judgment shall be entered in favor of defendants; and

4.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 21, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE